IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED: JUNE 25, 2008
08CV3618
JUDGE NORGLE
MAGISTRATE JUDGE ASHMAN

| | | |
|---|---|---|
| **TIG Insurance Company,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Case No. | PH |
| | ) | |
| **Carnforth Limited,** | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2, Plaintiff TIG Insurance Company ("TIG") submits the following statement:

1) TIG is a wholly owned subsidiary of TIG Insurance Group, Inc.

2) TIG Insurance Group, Inc. is a wholly owned subsidiary of TIG Holdings, Inc.

3) TIG Holdings, Inc. is a wholly owned subsidiary of Fairfax Financial Holdings, Limited.

Respectfully submitted,

TIG INSURANCE COMPANY

s/ Alexis A. Hawker
One of its Attorneys

David C. Linder
Alexis A. Hawker
LOVELLS LLP
330 North Wabash, Suite 1900
Chicago IL 60611
(312) 832-4400
(312) 832-4444 (fax)