## United States District Court for the Northern District of Illinois

Case Number: 08cv3618                                    Assigned/Issued By: j. n.

Judge Name:                                              Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00
               ☐ IFP        ☐ No Fee    ☐ Other _____
               ☐ $455.00

Number of Service Copies _____                Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____                    Receipt #: _____

Date Payment Rec'd: _____                 Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____
                                             _____
☐ Citation to Discover Assets                (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_1_ Original and _0_ copies on _7-29-08_ as to _defendant_
                                   (Date)