AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TIG Insurance Company

V.

Carnforth Limited

CASE NUMBER: 08 CV 3618

ASSIGNED JUDGE: Judge Norgle

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Ashman

TO: (Name and address of Defendant)

Carnforth Limited
c/o Tyco Electronic Ltd
ATTN: Sarah Moule
96 Pitts Bay Road
Pembroke HM 08
Bermuda

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David C. Linder - 252748
Alexis A. Hawker - 6272375
LOVELLS LLP
330 N. Wabash Ave., Suite 1900
Chicago, IL 60611
USA

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

July 29, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5 AUGUST 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ANTOINETTE LAKILAH SPENCER | ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies at the second floor of 96 Pitts Bay Road with an employee of Tyco Electronic Ltd. The Registrar of Companies lists Tyco Electronics Ltd, 96 Pitts Bay Road, Pembroke HM08 as the registered office.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $350 | $350 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5 August 2008    *A. Spencer*
             Date                Signature of Server

Address of Server:
C/o CONYERS DILL & PEARMAN
2 CHURCH STREET
HAMILTON HM11
BERMUDA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.