IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIG Insurance Company, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2008 CV 3618 |
| Carnforth Limited, | ) ) ) | |
| Defendant. | ) | |

**AGREED MOTION FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant, Carnforth Limited ("Carnforth"), by its attorneys, moves for a 30-day extension of time to Answer or otherwise plead. In support of its motion, Carnforth states as follows:

1)   Carnforth must currently answer or otherwise plead by August 25, 2008.

2)   The undersigned counsel for Carnforth did not receive a copy of the Complaint until August 18, 2008.

3.   The claim alleged by Plaintiff is a complex re-insurance dispute and likely involves third-party practice. Accordingly, Carnforth seeks additional time to investigate the allegations of the Complaint and the possible addition of other necessary parties before filing its Answer.

4.   Alexis Hawker, counsel for Plaintiff, has indicated that Plaintiff has no objection to this motion.

WHEREFORE, Carnforth respectfully requests that this Court extend the time within which Carnforth must Answer or otherwise plead to September 24, 2008.

Respectfully submitted,

CARNFORTH LIMITED

By: /s/ Brent W. Vincent
    Brent W. Vincent
    Bryan Cave LLP
    161 North Clark Street, Suite 4300
    Chicago, IL 60601
    Telephone: (312) 602-5000
    Facsimile: (312) 602-5050