**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number:   2008 CV 3618 |
| TIG Insurance Company v. | |
| Carnforth Limited | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Carnforth Limited

| | |
|---|---|
| NAME (Type or print)   Brent W. Vincent | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)   s/Brent W. Vincent | |
| FIRM   Bryan Cave LLP | |
| STREET ADDRESS   161 North Clark Street | |
| CITY/STATE/ZIP   Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6270769 | TELEPHONE NUMBER   312-602-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.   RETAINED COUNSEL           APPOINTED COUNSEL | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIG Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2008 CV 3618 |
| | ) | |
| Carnforth Limited, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2, Defendant Carnforth Limited submits the following statement:

1) Mallinckrodt Inc., is an indirectly held, wholly owned subsidiary of Covidien, Ltd.;

2) Carnforth Limited is an affiliated company.

Respectfully submitted,

CARNFORTH LIMITED


By: /s/ Brent W. Vincent
One of its Attorneys

Brent W. Vincent
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, IL  60601
Telephone:  (312) 602-5000
Facsimile:  (312) 602-5050

1