# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TIG Insurance Company, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2008 CV 3618 |
| Carnforth Limited, | ) ) ) |
| Defendant. | ) |

## NOTICE OF AGREED MOTION

To:   David C. Linder
    Alexis A. Hawker
    Lovells LLP
    330 North Wabash Avenue
    Chicago, Illinois 60611

PLEASE TAKE NOTICE that on Friday, September 5, 2008 at 10:30 a.m., the undersigned shall appear before the Honorable Judge Charles R. Norgle in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present Defendant, Carnforth Limited's AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, a copy of which is attached hereto.

Dated:  August 22, 2008            Respectfully submitted,

                    BRYAN CAVE LLP


                    By:  /s/ Brent W. Vincent
                        Brent W. Vincent
                        Bryan Cave LLP
                        161 North Clark Street, Suite 4300
                        Chicago, IL  60601
                        Telephone:  (312) 602-5000
                        Facsimile:  (312) 602-5050

1