## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv3618                    Assigned/Issued By: j. n.

Judge Name: _____             Designated Magistrate Judge: _____

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____         Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                             ☑ Alias Summons
☐ Third Party Summons                 ☐ Lis Pendens
☐ Non Wage Garnishment Summons        ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons  _____
☐ Citation to Discover Assets         *(Victim, Against and $ Amount)*
☐ Writ _____             ☐ Other
   *(Type of Writ)*                   _____
                                      *(Type of issuance)*

_1_ Original and _0_ copies on _9-4-08_ as to _defendant_
                          *(Date)*

_____
_____